.

No. 02–7513. DURAN *v.* UNITED STATES; BARRIENTOS-VASQUEZ *v.* UNITED STATES; and ROQUE CARDENAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 48 Fed. Appx. 105 (first and third judgments) and 106 (second judgment).

No. 02–7515. DESCENT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–7518. LICEA-LUCERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7519. ROMERO LIERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7525. GUMERSINDO VALADEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–7526. VILLELA-RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7531. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–7532. MEJIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–7533. DAVIDSON *v.* CITY OF MONTGOMERY, ALABAMA. Ct. Civ. App. Ala. Certiorari denied. 

No. 02–7534. SANCHEZ *v.* MOORE, ADMINISTRATOR, EAST JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 02–7535. MILLER *v.* SNYDER, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 02–7536. WELCH *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 02–7537. WARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–7540. PATTERSON *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.